Honorable David W. Christel

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JAMES TYLER HANNON,<br><br>　　　　　Plaintiffs,<br>vs.<br><br>KORY VERSTEEG, IN PERSONAM; F/V GUARDIAN, OFFICIAL NUMBER 263616, HER ENGINES, MACHINERY, APPURTENANCES AND CARGO, IN REM;<br><br>　　　　　Defendants. | Case No. 2:20-cv-00136-RAJ-DWC<br><br>IN ADMIRALTY<br><br>**ORDER ALLOWING ADDITIONAL 60 DAYS FOR SERVICE OF PROCESS PURSUANT TO FRCP 4(m)** |

　　　The plaintiff having shown good cause why he should be granted additional time in this case, it is hereby,

　　　ORDERED, ADJUDGED and DECREED, that the plaintiff has 60 days from the date of signature hereon, in which to accomplish service of process pursuant to FRCP 4(m).

　　　Dated this 18th day of May, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　　　／s／ David W. Christel
　　　　　　　　　　　　　　　　　　　　　　　　　　David W. Christel
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

**ORDER ALLOWING ADDITIONAL 60 DAYS FOR SERVICE OF PROCESS PURSUANT TO FRCP 4(m) - 1**
**CASE NO. 2:20-CV-00136- RAJ-DWC**

**SEATTLE MARITIME ATTORNEYS**
4005 20th Avenue West, Suite 110
Seattle, Washington  98199
T (206) 729-5252 ♦ F (206) 729-1012

**Presented by**:

GORDON C. WEBB AND JOHN W. MERRIAM D/B/A SEATTLE MARITIME ATTORNEYS, OF ATTORNEYS FOR PLAINTIFF

By:   */s/ John W. Merriam*
John W. Merriam, WSBA #12749
4005 20th Avenue West, Suite 110
Seattle, WA   98199
Telephone:  (206) 729-5252
Fax:  (206) 729-1012
Email:  john@merriam-maritimelaw.com

By:   */s/ Gordon C. Webb*
Gordon C. Webb, WSBA #22777
225 106th Avenue NE
Bellevue, WA   98004
Telephone:  (425) 454-3800
Fax:  (425) 307-6449
Email:  gordon@webblawfirm.net

**ORDER ALLOWING ADDITIONAL 60 DAYS FOR SERVICE OF PROCESS PURSUANT TO FRCP 4(m) - 2**
**CASE NO. 2:20-CV-00136- RAJ-DWC**

**SEATTLE MARITIME ATTORNEYS**
**4005 20th Avenue West, Suite 110**
**Seattle, Washington  98199**
**T (206) 729-5252 ♦ F (206) 729-1012**