UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMES TYLER HANNON,

        Plaintiff,

  v.

KORY VERSTEEG, *et al.*,

        Defendants.

Case No. 2:20-cv-00136- RAJ

ORDER GRANTING DEFAULT JUDGMENT

This matter comes before the Court on Plaintiff James Tyler Hannon's ("Plaintiff") Motion for Default Judgment, Dkt. # 22. The Court had denied Plaintiff's prior motion for default judgment, Dkt. # 16, without prejudice to refiling for failure to provide evidence supporting his claim of the particular sum requested. Dkt. # 21. Plaintiff subsequently filed supplemental documentation to establish the amount he was paid and the percent crew share he received. *See* Dkt. # 23.

The Court now incorporates the facts and analysis set forth in its prior order, Dkt. # 21, and finds that Plaintiff's supplemental evidence supports his claim for the particular sum requested. The Court concludes that Plaintiff is entitled to recover 14 percent crew share, which represents "the highest rate of wages at the port from which [he] was

ORDER – 1

engaged" pursuant to 46 U.S.C § 11107.  *See  TeleVideo Sys., Inc. v. Heidenthal*, 826 F.2d 915, 917-18 (9th Cir. 1987).

The Court hereby **ORDERS** that judgment be entered in the total amount of $27,425.40 as follows:  $10,652.70 in wages; $10,652.70 in wage penalties pursuant to RCW 49.52.050 and RCW 49.52.070; and $6,120 in attorney's fees.

Dated this 1st day of June, 2021.

The Honorable Richard A. Jones
United States District Judge

ORDER – 2